UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
FELIX W. ENDICO, Individually and Derivatively on Behalf
of Nominal Defendant UFS. Industries, Inc.

                                    Plaintiff,

-against-

WILLIAM A. ENDICO and ACE ENDICO CORP.

                                    Defendants

and

UFS INDUSTRIES, INC.,
                                  Nominal Defendant.
-----------------------------------------------------------------------x

**STIPULATION AND [PROPOSED] ORDER WITH RESPECT TO SERVICE OF PROCESS AND TIME TO RESPOND TO THE COMPLAINT**

Index No. 7:19-cv-07231

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Felix W. Endico and counsel for defendants William A. Endico and Ace Endico Corp. ("Defendants") as follows:

1. Defendants' undersigned counsel has accepted service of the summons issued by this Court and the complaint on behalf of each of the Defendants, and such service shall be deemed to be accepted as of August 9, 2019;

2. Defendants expressly waive any and all defenses with respect to the sufficiency of process or the service of process, and otherwise expressly reserve all other defenses; and

3. The time for Defendants to answer, move or otherwise respond to the complaint shall be extended to and including October 10, 2019.

Dated: August 9, 2019

| | |
|---|---|
| Seward & Kissel LLP | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP |
| By: s/ Jack Yoskowitz<br>Jack Yoskowitz<br>Andrew S. Jacobson<br>Elyse Moy<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 574-1200 | By: s/ Steven R. Schoenfeld<br>Steven R. Schoenfeld.<br>Steven P. DeRicco<br>One North Lexington Avenue, 11th Floor<br>White Plains, New York 10601<br>(914) 681-0200 |
| *Attorneys for Defendants William A. Endico and ACE Endico Corp.* | *Attorneys for Plaintiff Felix W. Endico* |

SO ORDERED:

[signature] 8/9/2019

Hon. Vincent L. Briccetti
United States District Judge