AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| FELIX W. ENDICO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-07231 |
| WILLIAM A. ENDICO and ACE ENDICO CORP. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Felix W. Endico

Date:     08/12/2019

*Attorney's signature*

Steven P. DeRicco
*Printed name and bar number*

DelBello Donnellan Weingarten Wise & Wiederkehr
One North Lexington Avenue, 11th Floor
White Plains, New York 10601

*Address*

spd@ddw-law.com
*E-mail address*

(914) 681-0200
*Telephone number*

(914) 684-0288
*FAX number*