# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: July 18, 2019
Index # 19-CV-7231

---

*Felix W. Endico, Individually and Derivatively on Behalf of Nominal Defendent UFS Industries, inc.*    Plaintiff

against

*William A. Endico, et al*    Defendant

---

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

_____Felix Correa_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 9, 2019___, at __3:45 PM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Summons and Complaint and Demand for Jury Trial on ___UFS Industries, Inc.___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

__9th__ day of August 2019

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

Felix Correa

**Attny's File No.**
Invoice·Work Order # S1827819