**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FELIX ENDICO, *et al.*,

                            Plaintiffs,               **SCHEDULING ORDER**

     -against-                                        19 Civ. 7231 (JCM)

WILLIAM A. ENDICO, *et al.*,

                            Defendants.
-------------------------------------------------------------X

The Court has scheduled a Telephone Conference for September 29, 2021 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy. Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Dated: September 8, 2021
         White Plains, New York

                                                                      **SO ORDERED:**

                                                                      */s/ Judith C. McCarthy*
                                                                     JUDITH C. McCARTHY
                                                                     United States Magistrate Judge