UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX ENDICO, *et al.*,

                              Plaintiffs,                  **TRIAL ORDER**

      -against-                                               19 Civ. 7231 (JCM)

WILLIAM A. ENDICO,

                              Defendant.
------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on December 5, 2022 in Courtroom 421 if the case already scheduled for trial on that day settles. Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by October 28, 2022. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed *voir dire* must be filed by October 28, 2022.

4. Proposed jury instructions and a proposed verdict form must be filed by October 28, 2022. The parties shall jointly provide a jury instruction for each claim or defense to be presented to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified. The parties' proposed jury instructions and proposed verdict form shall each consist of a single document, noting any areas of disagreement between the parties.

5. Any motions *in limine* shall be filed by October 28, 2022.

6. Responses to motions *in limine* must be filed by November 4, 2022.

7. Final Pre-Trial Conference will be held on November 16, 2022 at 11:00 a.m. in Courtroom 421.

The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. <u>Counsel shall also provide the Court with courtesy copies of all pre-marked exhibits, as well as any deposition transcripts to be used at trial, at least five days prior to the Final Pre-Trial Conference.</u>

Dated: September 29, 2022
      White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge